UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re: RONETTE C SIMPKINS )
                          )
                          ) Case No. 20-00474-ELG
                          ) Chapter 13
        Debtor(s)         )

**CHANGE OF ADDRESS NOTICE**

PLEASE TAKE NOTE that the counsel's new address is:

10512 Pohick Ct.
Fairfax Station, VA 22039

Respectfully submitted

/s/Joseph M. Goldberg
Joseph M. Goldberg#337766
Attorney for Debtor
10512 Pohick Ct
Fairfax Station, VA 22039
(703) 577-0169
jmg@josephmgoldberg.com

**CERTIFICATE OF SERVICE**

A copy of this change of Address Notice was e-mailed this 15th day of March 2021 to Rebecca Herr, chapter 13 Trustee at bherr@ch13md.com.

/s/Joseph M. Goldberg